IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRITNEY BLACK,** | : | CIVIL ACTION NO. 1:15-CV-307 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **SCOTLANDYARD SECURITY SERVICES, INC.** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 25th day of November, 2015, upon consideration of the motion (Doc. 33) to compel discovery responses and the taking of plaintiff's deposition filed by defendants Scotlandyard Security Services, Inc. and Kenyatta Williams ("defendants"), and the court noting that plaintiff Britney Black ("Black") was designated *pro se* on September 16, 2015 (Doc. 31), and that on September 17, 2015, defendants served upon Black a copy of Defendants' First Set of Interrogatories and Request for Production of Documents that had previously been served upon Black's former counsel, and the court further noting defendants' attempt to reschedule Black's deposition in light of her failure to respond to the discovery requests, and the court finding that defendants engaged in a good faith endeavor to obtain discovery prior to filing the instant motion (Doc. 33) to compel, see FED. R. CIV. P. 37(a)(3), and the court observing no basis for Black's failure to respond to defendants' discovery requests, and noting that the court may issue orders "compelling an answer, designation, production, or inspection" when a party

fails to comply with discovery requests, see FED. R. CIV. P. 37(a)(3)(B), it is hereby

ORDERED that:

1. Defendants' motion (Doc. 33) to compel is GRANTED.

2. Black is COMPELLED to serve on defendants' counsel, within fifteen (15) days of the date of this order, answers to the interrogatories and the documents requested in Defendants' First Set of Interrogatories and Request for Production of Documents.

3. Black is directed to provide to counsel for defendants, within fifteen (15) days of the date of this order, three (3) potential dates for her rescheduled deposition.

                                                /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania